**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 25-2470

---

Wendy Guida, in her capacity as mother to and as Trustee for the Next of Kin of Andrew Stratton, Deceased

Plaintiff - Appellant

v.

Cass County, Nebraska; Elliot Schmidt, in his individual capacity as a Cass County Deputy Sheriff; Karl Boehm, in his individual capacity and as a Cass County Deputy Sheriff; Mike McKnelly, in his individual capacity as a Cass County Deputy Sheriff

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:24-cv-00056-RFR)

---

**JUDGMENT**

Before COLLOTON, Chief Judge, GRUENDER, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the district court's judgment dismissing the action without prejudice for lack of subject-matter jurisdiction is vacated and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

August 20, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler