**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-2470

Wendy Guida, in her capacity as mother to and as Trustee for the Next of Kin of Andrew Stratton, Deceased

Appellant

v.

Cass County, Nebraska, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:24-cv-00056-RFR)

---

**MANDATE**

In accordance with the opinion and judgment of August 20, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 10, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit