IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WENDY GUIDA, in her capacity as mother to and as trustee for the next of kin of Andrew Stratton, deceased,

Plaintiff,

v.

CASS COUNTY, NEBRASKA; ELLIOT SCHMIDT; KARL BOEHM; and MIKE MCKNELLY,

Defendants.

**8:24CV56**

**ORDER ON REMAND**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit (Filing Nos. 59-60). *See Guida v. Cass County*, No. 25-2470, 2026 WL 2440403, at *2-3 (8th Cir. Aug. 20, 2026). That court determined this one erred in (1) determining it lacked subject-matter jurisdiction over plaintiff Wendy Guida's ("Guida") 42 U.S.C. § 1983 claims on behalf of her deceased son, Andrew Stratton ("Stratton"), and (2) dismissing her case without prejudice on that basis. *See id.* at *2 (explaining that "whether Guida has standing to sue under state law is better characterized as a matter of prudential standing" than as a matter of Article III standing).

At the same time, the Eighth Circuit affirmed the Court's alternative merits determination that defendants Cass County, Nebraska; Elliot Schmidt; Karl Boehm; and Mike McNelly (collectively, "defendants") did not violate Stratton's constitutional rights. *See id.* at *1, *3. It went on to explain that it could not expand the Court's judgment in the defendants' favor on those grounds or convert the dismissal without prejudice into one with prejudice because the defendants "did not file a cross-appeal." *Id.* at *3; *see also Greenlaw v. United States*, 554 U.S. 237, 244 (2008) ("[A]n appellate court may not alter a judgment to benefit a nonappealing party."). The Eighth Circuit therefore vacated this

Court's judgment and remanded "for further proceedings." *Guida*, 2026 WL 2440403, at *3.

On remand, the Court finds the defendants are entitled to summary judgment on Guida's 42 U.S.C. § 1983 claims against them because they did not violate Stratton's constitutional rights. Accordingly,

IT IS ORDERED:

1. This case is dismissed with prejudice.
2. A separate judgment will issue.

Dated this 10th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge