IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WENDY GUIDA, in her capacity as mother to and as trustee for the next of kin of Andrew Stratton, deceased,

Plaintiff,

v.

CASS COUNTY, NEBRASKA; ELLIOT SCHMIDT; KARL BOEHM; and MIKE MCKNELLY,

Defendants.

**8:24CV56**

**JUDGMENT**

In accordance with the Order on Remand entered today (Filing No. 61), judgment is entered in favor of defendants Cass County, Nebraska; Elliot Schmidt; Karl Boehm; and Mike McNelly and against plaintiff Wendy Guida. This case is dismissed with prejudice. *See* Fed. R. Civ. P. 58.

Dated this 10th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge